FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVEN BARAJAS-MARTINEZ,<br><br>Defendant. | No. 2:23-CR-00046-MKD-11<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING<br><br>**MOTION GRANTED**<br>   **(ECF No. 223)** |

On July 17, 2023, the Court held a detention review hearing for EVEN BARAJAS-MARTINEZ. Defendant appeared while out of custody with Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney Allie Jensen represented the United States. U.S. Probation Officer Erik Carlson was also present

Defendant, through counsel, made factual proffers in support of Defendant remaining furloughed to attend outpatient treatment services as proposed in Defendant's Motion to Modify Conditions of Release, **ECF No. 223.** The United States and U.S. Probation were both agreement and did not oppose Defendant's release proposal. The Court addressed the Defendant.

The Court has reviewed Defendant's Motion to Modify Conditions of Release, **ECF No. 223.** After consideration of Defendant's Motion, **ECF No. 223**, the Court **GRANTS** Defendant's Motion.

Defendant shall be released from inpatient substance treatment on July 18, 2023, to attend outpatient treatment, on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 188, subject to the following modifications and additional conditions, including that he appears for all hearings and that he remains in contact with his counsel. The Court strikes

ORDER - 1

Paragraph 4, requiring the Defendant to be returned to the custody of the U.S. Marshal Service upon completion of treatment, absent further order of the Court in the Order Following Arraignment on Superseding Indictment and Detention Review Hearing, ECF No. 188, and imposes the following additional conditions:

1) Defendant must reside at approved residence and may not change residences without prior approval from Pretrial Services.

2) Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

3) Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

4) Defendant shall refrain from any use of alcohol.

5) Defendant may go to an establishment where alcohol is the primary item of sale while performing as an entertainer if approved in advance by Pretrial Services. Defendant may not consume alcohol while at these locations.

6) Defendant may travel to the Western District of Washington for the purposes of visiting his child or addressing childcare issues with advance approval by Pretrial Services.

**IT IS SO ORDERED.**

DATED July 24, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2