🖉 PS 8
(3/15)

Case 2:23-cr-00046-MKD    ECF No. 270    filed 08/31/23    PageID.729    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Barajas-Martinez, Even | Docket No. | 0980 2:23CR00046-MKD-11 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Araceli Mendoza, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Even Barajas-Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Spokane, Washington, on the 20th day of June 2023, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #4**: Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 3, and 28, 2023, the conditions of pretrial supervision were reviewed and signed with Mr. Barajas-Martinez acknowledging his understanding of his conditions.

**Violation #1**: Mr. Barajas-Martinez is alleged to have violated his pretrial release conditions by consuming cocaine on or before July 28, 2023.

On July 28, 2023, Mr. Barajas-Martinez reported to the probation office and submitted to a urinalysis (UA). The sample returned presumptive positive for cocaine. The defendant denied consuming the controlled substance and signed an admission/denial form denying the use of cocaine. Mr. Barajas-Martinez expressed to this officer that he believed another member of his band had a "grudge against him," and was attempting to "sabotage" him by possibly adding cocaine to the defendant's Coca-Cola drink during practice a couple days prior. Therefore, the sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation.

On August 6, 2023, Alere reported Mr. Barajas-Martinez's UA to be confirmed positive for cocaine.

**Violation #2**: Mr. Barajas-Martinez is alleged to have violated his pretrial release conditions by consuming alcohol on July 26, 2023.

On July 28, 2023, Mr. Barajas-Martinez reported to the probation office and submitted to a UA. After the defendant was informed the UA would be sent to the national laboratory for controlled substance confirmation and alcohol screening, Mr. Martinez-Barajas disclosed to this officer that he consumed alcohol during band practice on July 26, 2023. The defendant signed a drug use admission/denial form admitting to consuming alcohol on July 26, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

Re: Barajas-Martinez,, Even
August 30, 2023
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2023

by　s/Araceli Mendoza

Araceli Mendoza
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]　No Action
[ ]　The Issuance of a Warrant
[X]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.
[ ]　Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

August 30, 2023

Date