PS 8
(3/15)

Case 2:23-cr-00046-MKD    ECF No. 284    filed 10/10/23    PageID.815    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2023

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Barajas-Martinez, Even          Docket No.    0980 2:23CR00046-MKD-11

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Araceli Mendoza, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Even Barajas-Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Spokane, Washington, on the 20th day of June 2023, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 3, and 28, 2023, the conditions of pretrial supervision were reviewed with and signed by Mr. Barajas-Martinez acknowledging his understanding of his conditions.

**Violation #3**: Mr. Barajas-Martinez is alleged to have violated his pretrial release conditions by consuming amphetamine/methamphetamine on two separate occasions between September 16, and 26, 2023.

On July 28, 2023, Mr. Barajas-Martinez reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program. He was instructed to call Merit's federal colorline system and when his assigned color was called, he was to report and submit to a urinalysis (UA).

On September 26, 2023, Mr. Barajas-Martinez reported to the probation office in Richland, Washington, and submitted to a UA. The sample returned presumptive positive for amphetamine/methamphetamine. The defendant declined the opportunity to admit to his drug use by the UA collection officer. Therefore, the sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. On October 4, 2023, Alere reported Mr. Barajas-Martinez' UA to be confirmed positive for amphetamine/methamphetamine.

On October 5, 2023, this officer made telephonic contact with Mr. Barajas-Martinez to discuss his confirmed positive UA results. The defendant inquired if the referenced UA had returned confirmed positive from the laboratory. After he was informed Alere reported his UA to be confirmed positive for amphetamine/methamphetamine Mr. Barajas-Martinez expressed to this officer that he is struggling and needs help. The defendant expressed to this officer that he used methamphetamine on two separate occasions between September 16, and 24, 2023.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    October 10, 2023

by    s/Araceli Mendoza

Araceli Mendoza
U.S. Pretrial Services Officer

PS-8
Re: Barajas-Martinez, Even
October 10, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/10/23
_____
Date